# EXHIBIT A

4343

**Baillie**

Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Kody King
[redacted]

July 31, 2025

NOTICE OF SECURITY INCIDENT

Dear Kody King:

Baillie Lumber Co., L.P. ("Baillie") is writing to notify you of an incident that involved your personal information. This letter provides details of the incident, our response, and steps you may take to help protect against the possible misuse of your information should you feel it is appropriate to do so.

**What Happened?**

On February 11, 2025, Baillie learned of suspicious activity within its network. Baillie immediately launched an investigation to determine the nature and scope of the activity. The investigation determined that an unauthorized actor gained access to certain files within the Baillie network from February 6, 2025 to February 12, 2025, and may have copied those files. Following the investigation, Baillie undertook a detailed review of all the files potentially impacted to determine what information was present in these files and to whom it related. On July 1, 2025, Baillie finalized this review and determined that information related to you could have been affected. To date, we have seen no evidence of any fraudulent use of any data as a result of this event.

**What Information Was Involved?**

The information potentially involved in this incident includes your name and Social Security number.

**What We Are Doing.**

Upon learning of the event, Baillie conducted a diligent investigation to confirm the full nature and scope, took prompt steps to ensure security of its network environment, and conducted a comprehensive review of the information potentially affected. Baillie also used this incident as an opportunity to build upon its existing security protocols. Baillie continues to evaluate its policies and procedures related to data privacy and security.

**What You Can Do.**

We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements, explanation of benefits, and monitoring your free credit reports for suspicious activity and to detect errors over the next 12 to 24 months.

As an added precaution, Baillie is providing you with access to credit monitoring services for 24 months through Epiq at no cost to you. Information on these services and instructions on how to activate them may be found in the enclosed *Steps You Can Take to Help Protect Your Personal Information*. Please note that you must complete the enrollment process as we are not permitted to enroll you in these services.